IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Case No. 3:22-cv-1260 |
| KENDELL LANG and FUSION PROPERTIES MANAGEMENT GROUP, INC. d/b/a FUSION FARMS, and BANCO POPULAR PUERTO RICO, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**CAUTIONARY NOTICE**

PLEASE TAKE NOTICE that on June 6, 2022, the United States commenced an action which is pending in the above-referenced Court, affecting title to certain real property or portions thereof, owned or reputedly owned by certain defendants in the action.  Specifically, the United States asserts that record title to the property set forth below is held by Fusion Properties Management Group, Inc., d/b/a Fusion Farms, but that Kendell Lang is the true owner of the property, and that any buyer of the property shall take title to the property subject to federal tax liens and subject to the United States' claims for Kendell Lang's federal tax liabilities.  The United States has requested the issuance of a cautionary notice pursuant to 30 L.P.R.A. § 2401 *et seq.*, which is hereby GRANTED.  The property affected by the action is a condominium unit and a parking space, as follows:

Address: 950 Calle Bastia

Condominium Unit 401 and Parking Space E-79

Rincon, Puerto Rico 00677

Legal Description of Unit 401:

1

---URBANA: Propiedad horizontal: Apartamento número cuatrocientos uno (401) del Condominio Pelican Reef, edificio de apartamentos, situado en el barrio Calvache, sector Corcega del término municipal Rincón, Puerto Rico. Este apartamento está construido en hormigón reforzado. Tiene un nivel con su puerta de entrada desde el pasillo exterior por lindero NORTE y por ella se sale al pasillo que conduce al vestíbulo de elevadores y escaleras por el cual se llega al primer nivel del edificio y de ahí al edificio de estacionamiento. Este apartamento tiene un área total aproximada de mil ochenta y un punto cincuenta pies cuadrados (1,081.50 p/c), equivalentes a CIEN PUNTO CUATRO MIL SETECIENTOS CUARENTA Y SEIS METROS CUADRADOS (100.4746 m/c). Linderos por el NORTE, en treinta y ocho (38) pies ocho (8) pulgadas, equivalentes a once punto setenta y nueve metros (11. 79 m), con pared medianera que lo separa del apartamento número cuatrocientos dos (402) y del pasillo exterior que es área común; por el SUR, en treinta y ocho (38) pies ocho ( 8) pulgadas, equivalentes a once punto setenta y nueve metros (11.79 m), con pared exterior que lo separa del área exterior común; por el ESTE, en treinta (30) pies cuatro (4) pulgadas, equivalente a nueve punto veinticinco metros (9.25 m) con pared medianera que lo separa del pasillo exterior que es área común y con pared exterior que lo separa del área exterior común; y por el OESTE, en treinta (30) pies cuatro (4) pulgadas, equivalentes a nueve punto veinticinco metros (9.25 m) con pared exterior y con baranda que lo separa del área exterior común. Este apartamento consta de vestíbulo de entrada, cocina con closet para equipo de lavandería, sala-comedor, balcón, linen closet, baño, habitación con closet y habitación principal con baño y closet. A este apartamento le corresponde el estacionamiento cubierto trescientos cincuenta y tres (353) en el primer nivel del edificio de estacionamientos frente al edificio de apartamentos. A este apartamento le corresponde una participación de dos punto tres mil trescientos cuarenta por ciento (2.3340%) en los elementos comunes generales del condominio. --------------------------
---Inscrito al Sistema Karibe de Rincón, finca ocho mil ciento veintisiete (8,127), inscripción tercera.
---Catastro number: 125-000-006-64-025. ---------

The legal description of Parking Space E-79 is:

URBANA: Propiedad horizontal: Estacionamiento privado E-Setenta y nueve (E-79) del Condominio Pelican Reef, Edificio de Estacionamientos, situada en el Barrio Calveche, Sector Corcega del termino municipal de Rincon, Puerto Rico; Este estacionamiento privado esta construido en hormigon reforzado. Tiene un nivel con su acceso desde el corrector de automoviles por el lindero ESTE, por donde se accesan las rampas de salida y entrada que conducen a la entrada complejo. Este estacionamiento privado un area total aproximada de CIENTO SESENTA Y DOS PIES CUADRADOS; equivalentes a QUINCE PUNTO CERO CINCO CERO TRES METROS CUADRADOS (15.0503 m/c); Linderos: por el NORTE, en cinco punto cuarenta y nueve (5.49) metros, con estacionamiento privado E-Setenta y Ocho (E-78) que es area privada; Por el SUR, en cinco punto cuarenta y nueve (5.49) metros, con pared medianera que separa de la rampa de salida al estacionamiento que es area comun. Por el ESTE, en dos punto setenta y cuatro ( 2.74) metros, con corridor de acceso de vehiculos que es area comun; y por el OESTE, en dos punto setenta y cuatro (2.74) metros, con pared exterior que lo separa del area exterior comun; Este estacionamiento privado esta destinado para estacionamiento de un solo vehiculo. A este estacionamiento privado le corresponde una

2

participacion de 0.3497 por ciento en los elementos communes generals del condominio.----------
-------------------------------------------------------------------------------------------------

--Inscrito al Sistema Karibe de Rincon, finca ocho mil ciento veintiseis (8,126), inscripcion segunda.

---Catastro number: 125-000-006-64-067. ----------

SO ORDERED, ADJUDGED, AND DECREED.

Signed this __23rd__ day of __June_____, 2022.

                                                /s/ William G. Young

                                                UNITED STATES DISTRICT JUDGE